UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x

In re:                                                     Chapter 7
CESAR CEDILLO,                                             Case No. 13-42445 (ESS)

                         Debtor.
--------------------------------------------------------x

CARVER FEDERAL SAVINGS BANK,

                         Plaintiff,                  Adv. Proc. No. 15-01001 (ESS)

     -against-

CESAR CEDILLO,

                         Defendant.
--------------------------------------------------------x

WEB HOLDINGS, LLC,

                         Plaintiff,                  Adv. Proc. No. 15-01048 (ESS)

     -against-

CESAR CEDILLO,

                         Defendant.
--------------------------------------------------------x

## THIRD STIPULATION AND ORDER EXTENDING
## DISCOVERY DATES AND DEADLINES

        Counsel to the respective parties in the above-captioned adversary proceedings having

conferred with each other and having agreed with regard to the discovery-related dates and deadlines

listed below; and after due deliberation, it is hereby

        **ORDERED**, that the time for the completion of discovery in connection with each of

the above-captioned adversary proceedings be and hereby is extended to and including December 30,

2015, without prejudice to further extension by the Court.

Dated:   Brooklyn, New York       **ORTIZ  & ORTIZ LLP**
           November 24, 2015          Counsel  to the  Debtor

           By:   **/s/Norma E. Ortiz**
           Norma E.  Ortiz
           32-72 Steinway Street, Suite 402
           Astoria, New York 11103
           (718) 522-1117

Dated:  New York, New York       **PICK & ZABICKI LLP**
           November 24, 2015          Counsel to Web Holdings, LLC

           By:   **/s/Eric C. Zabicki**
           Eric C. Zabicki
           369 Lexington Avenue, 12th Floor
           New York, New York 10017
           (212) 695-6000

Dated:  Garden City, New York       **JASPAN SCHLESINGER LLP**
           November 24, 2015          Counsel  to Carver Federal Savings Bank

           By:   **/s/Frank Dell'Amore**
           Frank Dell'Amore
           300 Garden City Plaza
           Garden City, New  York 11530
           (516) 393-8215

**SO ORDERED:**

**Dated: Brooklyn, New York**                     **Elizabeth S. Stong**
    **November 24, 2015**                      **United States Bankruptcy Judge**